~~SECRET~~

unsealed

FILED

08 FEB 22 PM 3:40

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDC   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 0511 BEN |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| JOSE JESUS PERUCH SAENZ (1), aka George, aka G Unit, KARL DELEON MURRAH (2), RAMOND ANDREW DIZON (3), aka Andy, MAGGIE MARIA SIEBEN (4), MARK ALAN KOUNTZ (5), MICHAEL SHAUN TRACY (6), JOEL JOSHUA BANNING (7), | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Youssef Mustapha Habhab</u>, Criminal Case No. 08CR0404-BEN.

DATED: February 22, 2008.

KAREN P. HEWITT
United States Attorney



TIMOTHY F. SALEL
Assistant U.S. Attorney