F.D.No. 1453459

SECRET

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

Jose Jesus Peruch Saenz (1),
aka George,
aka G Unit

2008 MAR 11 AM 9:10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**WARRANT FOR ARREST**

CASE NUMBER:  08cr0511-001-BEN

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Jose Jesus Peruch Saenz (1), aka George, aka G Unit
                                                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition
                                                                                          [ ] Pretrial Violation

RECEIVED 2008 FEB 25 A 11:30 U.S. MARSHAL SOUTHERN DISTRICT OF CA

charging him or her with (brief description of offense)

21:846 and 841(a)(1) - Conspiracy to Distribute Oxycodone and Hydrocodone Bitartrate;
21:841(a)(1) - Distribution of Oxycodone and Hydrocodone Bitartrate;
18:2 - Aiding and Abetting;
21:853(a), and 853(p) - Criminal Forfeiture

In violation of Title _____ See Above _____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

[signature]
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

February 25, 2008    San Diego, CA
Date and Location

Bail fixed at $ _____

DATE 3/6/08
ARRESTED BY DEA
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY [signature] RETURN

by    The Honorable William McCurine, Jr.
                Name of Judicial Officer

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I "Z"              DEA              (Dist 3599 of Oxycodone + Hydrocodone)