| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | TIMOTHY F. SALEL |
| | Assistant U.S. Attorneys |
| 3 | California State Bar No. 163597 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone No.: (619) 557-6074 |
| | Facsimile No.: (619) 557-3445 |
| 6 | E-mail: timothy.salel@usdoj.gov |
| 7 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0511-BEN |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| JOSE JESUS PERUCH SAENZ (1), | ) | |
|     aka George, | ) | |
|     aka G Unit, | ) | |
| KARL DELEON MURRAH (2), | ) | |
| RAMOND ANDREW DIZON (3), | ) | |
|     aka Andy, | ) | |
| MAGGIE MARIA SIEBEN (4) | ) | |
| MARK ALAN KOUNTZ (5), | ) | |
| MICHAEL SHAUN TRACY (6), | ) | |
| JOEL JOSHUA BANNING (7), | ) | |
| | ) | |
| Defendants. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, Timothy F. Salel, the undersigned Assistant U.S. Attorney, hereby enters my appearance as counsel in the above-captioned case.

| **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
|---|---|---|---|
| Timothy F. Salel | 163597 | (619) 557-6074 | timothy.salel@usdoj.gov |

I, Timothy F. Salel, hereby certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

1  Effective this date, the following Government attorney is no longer associated with this case
2  and should not receive any further Notices of Electronic Filings relating to activity in this case:

| **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
|---|---|---|---|
| None | N/A | N/A | N/A |

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

DATED: June 2, 2008        */S/ TIMOTHY F. SALEL*
TIMOTHY F. SALEL
Assistant United States Attorney

|  |  |  |
|---|---|---|
| 1 | **UNITED STATES DISTRICT COURT** | |
| 2 | **SOUTHERN DISTRICT OF CALIFORNIA** | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR0511-BEN |
| Plaintiff, | ) |
| v. | ) CERTIFICATE OF SERVICE |
| JOSE JESUS PERUCH SAENZ (1), <br>     aka George, <br>     aka G Unit, <br> KARL DELEON MURRAH (2), <br> RAMOND ANDREW DIZON (3), <br>     aka Andy, <br> MAGGIE MARIA SIEBEN (4) <br> MARK ALAN KOUNTZ (5), <br> MICHAEL SHAUN TRACY (6), <br> JOEL JOSHUA BANNING (7), <br><br>     Defendants. | ) |

IT IS HEREBY CERTIFIED that:

I, Timothy F. Salel, am a citizen of the United States over the age of 18 years and a resident of San Diego County, CA; my business address is 880 Front Street, San Diego, CA 92101-8893; I am not a party to the above-entitled action.

I have caused service of **NOTICE OF APPEARANCE**, on the following parties, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following parties at their respective e-mail addresses:

(1) EZEKIEL E. CORTEZ – Attorney for JOSE JESUS PERUCH SAENZ (1)
    lawforjustice@aol.com

(2) VICTOR MANUEL TORRES – Attorney for KARL DELEON MURRAH (2)
    lawforvatos@yahoo.com

(3) SCOTT PACTOR – Attorney for RAMOND ANDREW DIZON (3)
    scottpactor@yahoo.com

(4) PAUL W. BLAKE – Attorney for MAGGIE MARIA SIEBEN (4)
    paulwblake@cox.net

(5) CASEY J. DONOVAN, JR. – Attorney for MARK ALAN KOUNTZ (5)
    donovan2donovan@hotmail.com

1  (6)  BRIAN P. FUNK – Attorney for MICHAEL SHAUN TRACY (6)
          bfunkesq@cs.com

2  (7)  BRIAN J. WHITE – Attorney for JOEL JOSHUA BANNING (7)
          brianjwhite@sbcglobal.net

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 2, 2008          */S/ TIMOTHY F. SALEL*
                              TIMOTHY F. SALEL
                              Assistant U.S. Attorney
                              E-mail: timothy.salel@usdoj.gov

08CR0511-BEN